# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

ANDRE C. BAILEY

WARRANT FOR ARREST
TO BE LOGGED AS A DETAINER

Case No. 04-434M

**06-328-M-01**

**FILED**
JUL 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ANDRE C. BAILEY___
                                                    *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him or her with *(brief description of offense):*

in violation of Title ___18___ United States Code, Section(s) ___3565___

___Felicia C. Cannon___                             ___Clerk, U.S. District Court___
Name of Issuing Officer                              Title of Issuing Officer

                                                     ___July 23, 2004 - Greenbelt, MD___
(By) Deputy Clerk                                    Date and Location

Bail fixed at $ No recommendation               by ___Thomas M. DiGirolamo___
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received 7/23/04 | Name and Title of Arresting Officer Stephenie K. Owens Deputy US Marshal | Signature of Arresting Officer Stephenie K. Owens |
|---|---|---|
| Date of Arrest 7/18/06 | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant

JUL 18 '06 11:57