**U.S. Probation and Pretrial Services**

# MEMORANDUM

06-328-M-01

DATE: July 8, 2004

TO: Thomas M. DiGirolamo
U.S. Magistrate Judge

FROM: W. Bryan McGill
U.S. Probation Officer
(301) 344-3778

SUBJECT: BAILEY, Andre C.
Docket Number: 04-434M
**VIOLATION OF PROBATION**
(Request for Warrant to be Lodged as a Detainer)

**FILED**

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**SENTENCE:** On May 7, 2004, Andre C. Bailey appeared in the U.S. District Court in Hyattsville, MD and entered a plea of guilty to Possession of Marijuana and Driving Uninsured Vehicle. The Court entered a Consent to Stay of Entry of Judgement on the Possession of Marijuana charge and placed Mr. Bailey on probation for a period of 12 months, with special conditions requiring that he satisfactorily participate in treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer, and pay a fine of $50. On the remaining charge, he was ordered to pay a fine of $140 and a special assessment of $10. His supervision began on May 7, 2004, and is scheduled to expire on May 6, 2005.

**ISSUE:** Reference is made to the attached petition in which Mr. Bailey is charged with the following violation of probation:

1. **On June 15, 2004, Mr. Bailey was arrested in Suitland, Maryland, and charged with Distribution of Marijuana and Possession with Intent to Distribute Marijuana. (Standard Condition)**

Although a $45,000 bond was set by the Prince George's County District Court, Mr. Bailey remains in custody. He is to appear for a Preliminary Hearing in Upper Marlboro, Maryland, on July 13, 2004, at 8:45 am.

On June 15, 2004, officers with the Prince George's County, Maryland Police Department were working in an undercover capacity posing as narcotics users. At approximately 2:00 pm, the

Re: BAILEY, Andre C.
Page 2
July 8, 2004

officers became engaged in a conversation with Mr. Bailey regarding the sale of narcotics. One officer asked Mr. Bailey if he had a "twenty of green," which is the street term for the purchase of twenty dollars worth of marijuana. Mr. Bailey went in the building located at Park Drive. He returned a short while later and handed one of the officers four pink baggies containing a green leafy substance resembling marijuana. Mr. Bailey was then given $20 in prerecorded funds. After the transaction, Mr. Bailey walked away from the officers.

Constant surveillance was maintained on Mr. Bailey until uniformed officers entered the area. When Mr. Bailey saw the officers, he attempted to flee on foot and discarded the $20 bill. He was subsequently apprehended and the prerecorded funds were recovered. Mr. Bailey was then transported to the District IV police station for processing.

A subsequent search of the building at                        Drive revealed a plastic bag containing an additional sixteen baggies of suspected marijuana. A field test of all substances tested positive for marijuana. The substance sold to the undercover officers had a total weight of 3.8 grams. The quantity found in the building had a weight of 20.8 grams, and a street value of $416.

**SUPERVISION ADJUSTMENT:** Unsatisfactory. Since being placed on probation, Mr. Bailey has continually displayed noncompliant behavior. A status report was submitted on June 7, 2004, advising the Court of a positive urinalysis for marijuana, which had been submitted at the probation office on June 3, 2004. He was referred to a contracted substance abuse treatment program on June 8, 2004, however, was arrested on the above charge prior to beginning treatment.

**RECOMMENDATION:** Based on the violation stated above, we request that the Court issue a warrant to be lodged as a detainer with the Prince George's County Jail. Should Your Honor agree, please sign the attached petition.

Attachments: Form 12

PROB 12B
(Rev. 1/92)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

U.S.A. vs. **Andre C. Bailey**                                    Docket No. CR __04-434M__

### REQUEST FOR COURSE OF ACTION
(Issuance of Warrant to be Lodged as a Detainer)

COMES NOW __W. Bryan McGill__, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Andre C. Bailey**, who was placed on probation by the Honorable **Thomas M. DiGirolamo**, United States Magistrate Judge, sitting in the Court at Greenbelt, Maryland, on the __7th__ day of **June**, 2004, who fixed the period of probation at __12__ months, and imposed the general terms and conditions of probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

2. Pay fines totaling $190 and a special assessment of $10 within 45 days.

On May 7, 2004, Andre C. Bailey appeared in the U.S. District Court in Hyattsville, MD and entered a plea of guilty to Possession of Marijuana and Driving Uninsured Vehicle. The Court entered a Consent to Stay of Entry of Judgement on the Possession of Marijuana charge and placed Mr. Bailey on probation for a period of 12 months, with special conditions requiring that he satisfactorily participate in treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer, and pay a fine of $50. On the remaining charge, he was ordered to pay a fine of $140 and a special assessment of $10. His supervision began on May 7, 2004, and is scheduled to expire on May 6, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Probation

1. On June 15, 2004, Mr. Bailey was arrested in Suitland, Maryland, and charged with Distribution of Marijuana and Possession with Intent to Distribute Marijuana. (Standard Condition)

**PRAYING THE COURT WILL ORDER** that a warrant be issued and lodged as a detainer against Mr. Bailey with the Prince George's County, Maryland Detention Center.

JUL 18 '06 11:58

BAILEY, Andre C.
Docket No: 04-434M
Page: 2

ORDER OF COURT

Considered and ordered as prayed this 14th day of July, 2004 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
W. Bryan McGill, U.S. Probation Officer

Place  Greenbelt, Maryland

Date  July 8, 2004