**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**

Date: July 27, 2006

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 3 1 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: 6500 Cherrywood Lane
Second Floor
Greenbelt, Md. 20770

RE: 06MG328 Andre C. Bailey

FILED

AUG 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | |
|---|---|---|
| X | Docket Sheet | Warrant of Removal |
| X | Warrant/Req for COA, Prob Mem | Order of Removal |
| | Minute Order Appointing Counsel | Detention Order |
| | Corporate Surety Bond | X Waiver of Removal |
| | Personal Surety Bond | |
| X | Other-Blotter dated 7/21/06 and 7/18/06 | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk